21714

The STATE, Appellant, v. Vincent ADLER, Richard O'Brian and Michael Newell, Respondents.

(292 S. E. (2d) 185)

*Atty. Gen. Daniel R. McLeod, Deputy Atty. Gen. C. Tolbert Goolsby, Jr.,* and *Asst. Atty. Gen. Charles H. Richardson,* Columbia, *for appellant.*

*Michael J. Thompson,* Columbia, *for respondents.*

May 26, 1982.

*Per Curiam:*

Each respondent was convicted by a magistrate's jury of two counts of assault and battery. They moved before the magistrate for a new trial. He denied the motion, and they filed no notice of intent to appeal. Instead, they moved in General Sessions Court before a circuit judge for a new trial. He granted the motion. The State appeals.

A circuit court has only appellate jurisdiction over a judgment from magistrate's court. *State v. Dickert*, 260 S. C. 490, 197 S. E. (2d) 89 (1973). All appeals must be prosecuted as prescribed by statute. South Carolina Code of Laws § 18-3-20 (1976). *Dewitt v. South Carolina Department of Highways*, 274 S. C. 184, 262 S. E. (2d) 28 (1980). The circuit court judge heard this case not on appeal after proper filing of notice, but on a motion for a new trial. Therefore, he did not have jurisdiction over the matter.

Because the judge lacked jurisdiction to order a new trial, we reverse his order and reinstate the convictions and sentences.